IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CORY A. RESH,<br><br>    *Plaintiff*,<br><br>v.<br><br>JODY BORTNER and 3FX, INC.,<br><br>    *Defendants*. | CIVIL ACTION<br>NO. 16-02437 |

## ORDER

**AND NOW**, this 3rd day of August, 2016, upon consideration of Plaintiff Cory A. Resh's Petition for Appointment of a Receiver *Pendente Lite* (ECF No. 2) and Defendants Jody Bortner and 3FX, INC.'s Response (ECF No. 8), it is hereby **ORDERED** that the Petition is **DENIED**.

BY THE COURT:


*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.