# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CORY A. RESH,

*Plaintiff*,

v.

JODY BORTNER, et al.,

*Defendants*.

CIVIL ACTION
NO. 16-02437

## ORDER

**AND NOW**, this 21st day of November, 2016, upon consideration of Defendants'

Motion for Judgment on the Pleadings (ECF No. 17), Plaintiff's Response (ECF No. 20), and

Defendants' Reply (ECF No. 21), it is hereby **ORDERED** that the Motion is **GRANTED** and

judgment is entered in favor of Bortner without prejudice to Resh's right to pursue a derivative

action in the appropriate forum.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.